Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California  95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>  vs.<br><br>GIANG TA, et al.,<br><br>    Defendants. | Case No. 1:25-cv-01311-JLT-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, no counterclaim has been filed;

NOW, THEREFORE, pursuant to settlement, Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date:  November 19, 2025          MOORE LAW FIRM, P.C.


                                  _/s/ Tanya E. Moore_
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Jose Escobedo